UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Jack's of Bernie, LLC et al.**, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:11CV001466 NAB |
| | ) |
| **Russell D. Oliver et al.**, | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on August 23, 2011, and assigned to the Honorable Nannette A. Baker. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11cv00156 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11cv01466 NAB is hereby administratively closed. Judge Baker's name will be replaced for future assignment.

Dated this 23rd day of August, 2011.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:11cv00156 SNLJ** in all future matters concerning this case.